IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN ANDERSON                                                                     PETITIONER

v.                                           No. 5:12-cv-279-DPM

RAY HOBBS, Director, ADC[1]                                                RESPONDENT

ORDER

Motion, № 32, is granted. Anderson has shown good cause to depose one of his lawyers and for transportation for an MRI/DTI scan. RULES GOVERNING § 2254 CASES, R. 6(b). The Court orders the Arkansas Department of Correction to transport Anderson to the University of Arkansas Medical Sciences Medical Center for MRI/DTI scans of his brain to be conducted at that hospital on 9 February 2015 at 2:00 p.m.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_15 January 2015_

---

[1] The Court directs the Clerk to correct the docket to reflect the current Director of the Arkansas Department of Correction, Wendy Kelley. FED. R. CIV. P. 25(d).