IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN ANDERSON
ADC #000961                                                              PETITIONER

v.                        No. 5:12-cv-279-DPM

WENDY KELLEY, Direct, ADC                                    RESPONDENT

## ORDER

1. This case is scheduled for an evidentiary hearing Monday, 5 October 2015, at the Richard Sheppard Arnold United States Courthouse, Courtroom 1-A, 500 West Capitol Avenue, Little Rock, Arkansas.

2. The Court directs the Arkansas Department of Correction to ensure the attendance of Petitioner Justin Anderson (ADC #000961), Varner SuperMax Unit, at 8:30 a.m. on 5 October 2015 and each day thereafter until completion of the hearing.

3. The Court further directs the Arkansas Department of Correction to send Mr. Anderson's complete institutional and medical files with him and to allow Mr. Anderson to bring any legal papers he wants to court.

So Ordered.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

<u>5 August 2014</u>

January 2014