IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN ANDERSON                                              PETITIONER

v.                           No. 5:12-cv-279-DPM

WENDY KELLEY, Director, ADC                                  RESPONDENT

## ORDER

Anderson's motion, № 51, is granted. The Court approves subpoenas to Anderson's listed witnesses. Each witness shall be paid by the United States Marshals Service for actual mileage and the witness fee. 28 U.S.C. § 1825.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 August 2015