IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN ANDERSON                                                              PETITIONER

v.                              No. 5:12-cv-279-DPM

WENDY KELLEY, Director, ADC                                            RESPONDENT

ORDER

1. Kelley has submitted one copy of state court records as exhibits to the Response to Petition for Writ of Habeas Corpus. № 10. In the Notice of Filing, Kelley lists these exhibits as:

- Respondent's Exhibit 3: The fourteen-volume record of Anderson's first trial (Lafayette County No. CR 2000-61-2 and Ark. Sup. Ct. No. CR 02-910);

- Respondent's Exhibit 8: The twenty-two volume record of Anderson's resentencing trial (Lafayette County No. CR 05-354-2 and Ark. Sup. Ct. No. CR 06-29); and

- Respondent's Exhibit 15: The one-volume record of Anderson's Rule 37.5 hearing (Lafayette County No. CR 05-354-2 and Ark. Sup. Ct. No. CR 08-1464).

2. Local Rule 5.5(a) requires Kelley to submit a second copy of these

exhibits for filing. The Court also directs Kelley to submit an electronic copy because the state court records are so voluminous.

3. Finally, Volume 2 of Respondent's Exhibit 8 is missing. Kelley must supplement.

All additional materials due by 15 September 2015.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 September 2015