IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN ANDERSON                                              PETITIONER

v.                       No. 5:12-cv-279-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                            RESPONDENT

ORDER

The Court got the year wrong in its continuance Order, № 66.  The Court will start the evidentiary hearing on 22 February **2016** at 9:30 a.m.  The pretrial conference will be 12 February **2016** at 1:00 p.m.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 September 2015