IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN ANDERSON                                                               PETITIONER

v.                            No. 5:12-cv-279-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                             RESPONDENT

ORDER

Motion, № 98, granted. Mr. Lee is relieved — with the Court's thanks for his good work — as counsel for Petitioner.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 February 2016