IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN ANDERSON                                                          PETITIONER

v.                              No. 5:12-cv-279-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## ORDER

Pursuant to the agreed protective order, № 81, the testimony of Latrece Gray and Jeff Harrelson is sealed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 March 2016