


# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JUSTIN ANDERSON**                                                             **PETITIONER**

v.                                      No. 5:12-cv-279-DPM

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

Anderson's petition for a writ of habeas corpus is dismissed with prejudice. The Court has issued a certificate of appealability, 28 U.S.C. § 2253(c), on three issues. № 112 at 27.

_____
D.P. Marshall Jr.
United States District Judge

28 March 2017