IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN ANDERSON                              PETITIONER

v.                     No. 5:12-cv-279-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction              RESPONDENT

## ORDER

Anderson's unopposed motion, *No. 114*, is granted for good cause. FED. R. APP. P. 4(a)(5). His time to file a notice of appeal is extended until 11 May 2017.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2017